■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RIVERA, Appellant. [600 NYS2d 633] —Judgment, Supreme Court, Bronx County (Arlene Silverman, J.), rendered July 16, 1991, which convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree and sentenced him, as a second felony offender, to a term of imprisonment of 2½ to 5 years, unanimously affirmed.

Review of the record reveals that defendant knowingly, voluntarily, and intelligently waived the right to appeal *(People v Burk,* 181 AD2d 74, 75, *lv denied* 80 NY2d 927). "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Were we to review defendant's claim, we would find the sentence was not excessive. Concur—Rosenberger, J. P., Ellerin, Kupferman, Asch and Rubin, JJ.